# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS D. WHITE, | : | Case No. 2:22-cv-2804 |
| Petitioner, | : | |
| vs. | : | District Judge James L. Graham |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : | |
| Respondent. | : | |

## DEFICIENCY ORDER

Petitioner, a prisoner at the Pickaway Correctional Institution, has initiated this action for a writ of habeas corpus. (Doc. 1). However, petitioner's submission does not include a petition specifying the conviction he seeks to challenge, his grounds for relief, or the relief requested. Petitioner has instead submitted various rulings from his state-court proceedings. (*See id.*).

Accordingly, petitioner is **ORDERED** to submit a completed and signed petition for habeas corpus specifying the conviction and sentence he wishes to challenge, his grounds for relief, and the specific relief sought **within thirty (30) days**. Petitioner is advised that failure to comply with this Order may result in the dismissal of this action for want of prosecution.

**THE CLERK OF COURT IS DIRECTED** to submit to petitioner a habeas corpus petition form.

**IT IS SO ORDERED.**

July 28, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge